## IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

SCOTT SNYDER,

        Petitioner

        v.

GEORGE M. THOMAS III, EXECUTOR
OF THE ESTATE OF GEORGE M.
THOMAS, JR., ALSO KNOWN AS
GEORGE THOMAS, DECEASED, AND
GEORGE M. THOMAS III, EXECUTOR
OF THE ESTATE OF DOROTHY L.
THOMAS, DECEASED,

        Respondent

: No. 299 WAL 2014
:
: Petition for Allowance of Appeal from the
: Order of the Superior Court filed April 9,
: 2014 at No. 407 WDA 2013, reversing the
: Order of the Lawrence County Court of
: Common Pleas filed February 13, 2013 at
: No. 11091 of 2010, C.A.
:
:
:
:
:
:
:
:
:
:
:

## ORDER

**PER CURIAM:**

**AND NOW**, this 23rd day of January, 2015, the Petition for Allowance of Appeal is **GRANTED**. The order of the Superior Court is **VACATED**, in light of its failure to credit the trial court's factual findings, which are supported by the record. See Fizzano Brothers Concrete Products, Inc. v. XLN, Inc., 42 A.3d 951, 970-74 (Pa. 2012). The case is **REMANDED** to the Superior Court for consideration of the other issues not addressed in respondent's original appeal. Jurisdiction relinquished.

Mr. Chief Justice Saylor files a Dissenting Statement in which Madame Justice Todd joins.